## WALTER KRASOWSKI ET AL. *v.* LOUIS FANTARELLA ET AL.

The petition of the defendants Louis Fantarella, Sr., Laura Fantarella and Louis Fantarell, Jr., for certification for appeal from the Appellate Court, 51 Conn. App. 186 (AC 17625), is denied.

*Marni Smith Katz*, in support of the petition.

Decided February 4, 1999

## THOMAS MARRA *v.* COMMISSIONER OF CORRECTION

The petitioner Thomas Marra's petition for certification for appeal from the Appellate Court, 51 Conn. App. 305 (AC 17631), is denied.

KATZ and PALMER, Js., did not participate in the consideration or decision of this petition.

*Raymond J. Rigat*, special public defender, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.